IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA DE JESUS CASTILLO DE ROMO<br>Petitioner,<br><br>v.<br><br>TOM RIDGE, and MARC MOORE<br>U. S. DEPT. OF HOMELAND SECURITY, and<br>THE UNITED STATES OF AMERICA<br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO.<br>B-04-99 |

## UNOPPOSED MOTION TO TRANSFER AND CONSOLIDATE

Defendants, file this unopposed motion to transfer and to consolidate and in support of this motion show the court the following.

### Consolidate

Petitioner filed a separate but similar Petition for Writ of Habeas Corpus in McAllen as the Petition for Writ of Habeas Corpus filed in this court. *See* CA M-05-157.  Judge Crane in McAllen transferred the case to this court and Defendants' request that the Petitioner's case with the cause number M-05-157 be consolidated with this case, because they both deal with similar issues and should both be transferred to the Fifth Circuit.  Petitioner is not opposed to consolidating the cases.

### Transfer

On May 11, 2005, the REAL ID Act of 2005 became law.  It is Division B of the "Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Tsunami Relief, 2005," Pub. L. No. 109-13, 119 Stat. 231.  Section 106 of Title I ("Amendments to Federal Laws to

Protect Against Terrorist Entry") is entitled "Judicial Review of Orders of Removal." It became effective May 11, 2005. Section 106(c) provides that any case pending in district court in which an alien challenges a final administrative order of removal, deportation, or exclusion shall be transferred by the district court to the appropriate court of appeals. Both of these cases are such cases. Here, the appropriate transferee court is the Fifth Circuit Court of Appeals.

Thus, the defendants move that this case be transferred to the United States Court of Appeals for the Fifth Circuit. Plaintiff does not oppose transfer. Defendants request that the aforementioned case by Petitioner to be consolidated with this one be so consolidated before the transfer to the Fifth Circuit.

DATED: August 22, 2005

                                Respectfully submitted,

                                MICHAEL T. SHELBY
                                UNITED STATES ATTORNEY

                                //s//Rene Carlo Benavides
                                RENE BENAVIDES
                                Assistant United States Attorney
                                1701 Business 83, Suite 600
                                McAllen, Texas 78501
                                (956) 618-8010/FAX (956) 618-8016
                                State Bar No. 24025248
                                Southern Dist. of Texas No. 26215

**CERTIFICATE OF NON OPPOSITION**

I hereby certify that on August 22, 2005 I conferred with counsel for Plaintiff who does not oppose transfer.

/s/ Rene Carlo Benavides
Rene Benavides
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing motion was sent by first-class mail, postage pre-paid, email or fax, to:

Ms. Lisa Brodyaga
Refugio del Rio Grande
17891 Landrum Park Road
San Benito, Texas 78586

on August 22, 2005.

                              /s/ Rene Carlo Benavides
                              RENE BENAVIDES
                              Assistant United States Attorney

Case 1:04-cv-00099    Document 10    Filed in TXSD on 08/22/2005    Page 5 of 5