**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MARIA DE JESUS CASTILLO | § | |
| DE ROMO | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | B-04-99 |
| TOM RIDGE, and MARC MOORE | § | |
| U. S. DEPT. OF HOMELAND | § | |
| SECURITY, and | § | |
| THE UNITED STATES OF AMERICA | § | |
| Respondents. | § | |
| | § | |

**UNOPPOSED MOTION TO TRANSFER AND CONSOLIDATE**

Defendants, file this unopposed motion to transfer and to consolidate and in support of

this motion show the court the following.

**Consolidate**

Petitioner filed a separate but similar Petition for Writ of Habeas Corpus in McAllen as

the Petition for Writ of Habeas Corpus filed in this court. *See* CA M-05-157.  Judge Crane in

McAllen transferred the case to this court and Defendants' request that the Petitioner's case with

the cause number M-05-157 be consolidated with this case, because they both deal with similar

issues and should both be transferred to the Fifth Circuit.  Petitioner is not opposed to

consolidating the cases.

**Transfer**

On May 11, 2005, the REAL ID Act of 2005 became law.  It is Division B of the "Emergency

Supplemental Appropriations Act for Defense, the Global War on Terror, and Tsunami Relief,

2005," Pub. L. No. 109-13, 119 Stat. 231.  Section 106 of Title I ("Amendments to Federal Laws to

Protect Against Terrorist Entry") is entitled "Judicial Review of Orders of Removal." It became

effective May 11, 2005. Section 106(c) provides that any case pending in district court in which an

alien challenges a final administrative order of removal, deportation, or exclusion shall be transferred

by the district court to the appropriate court of appeals. Both of these cases are such cases. Here, the

appropriate transferee court is the Fifth Circuit Court of Appeals.

Thus, the defendants move that this case be transferred to the United States Court of Appeals

for the Fifth Circuit. Plaintiff does not oppose transfer. Defendants request that the aforementioned

case by Petitioner to be consolidated with this one be so consolidated before the transfer to the Fifth

Circuit.

DATED: August 22, 2005

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

//s//Rene Carlo Benavides
RENE BENAVIDES
Assistant United States Attorney
1701 Business 83, Suite 600
McAllen, Texas 78501
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24025248
Southern Dist. of Texas No. 26215

## CERTIFICATE OF NON OPPOSITION

I hereby certify that on August 22, 2005  I conferred with counsel for Plaintiff who does not

oppose transfer.

<u>/s/ Rene Carlo Benavides</u>
Rene Benavides
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was sent by first-class mail, postage pre-paid, email or fax, to:

Ms. Lisa Brodyaga
Refugio del Rio Grande
17891 Landrum Park Road
San Benito, Texas  78586


on August 22, 2005.


/s/ Rene Carlo Benavides
RENE BENAVIDES
Assistant United States Attorney