IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DE JESUS CASTILLO DE ROMO<br>Petitioner, | § § § § | |
| v. | § § | CIVIL ACTION NO.<br>B-04-99 |
| TOM RIDGE, and MARC MOORE<br>U. S. DEPT. OF HOMELAND<br>SECURITY, and<br>THE UNITED STATES OF AMERICA<br>Respondents. | § § § § § § | |

## ORDER TO CONSOLIDATE AND TRANSFER

The Defendants' unopposed motion to consolidate and transfer is GRANTED. It is ORDERED that Petitioner's case filed in McAllen and transferred to this court with the cause number M-05-157 is consolidated with this numbered and styled case.

It if further ORDERED that the case, as consolidated, is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, Section 106. The clerk shall transmit the file forthwith.

Signed on 8-29, 2005.

United States Magistrate Judge