**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEX.
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520**

MICHAEL N. MILBY, Clerk



October 14, 2005

Mr. Charles R. Fulbruge, III, Clerk      Re: **Maria De Jesus Castillo De Romo**
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102    VS.
New Orleans, Louisiana 70130

**Tom Ridge, et al.**

United States District Court
Southern District of Texas
FILED
DEC 2 0 2005
Michael N. Milby
Clerk of Court

05-31111

CA B-04-099 ✓

CA M-05-157

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of: **2** Volume(s) of the record; **0** Volume(s) of the transcript;

[ ] Other: _____

[X] U.S. District Judge entering the order transferring this case is: _____
    **Felix Recio**

[ ] Court reporter assigned to this case is _____

[X] This case was transferred without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _Maricela Perez_
Maricela Perez, Deputy Clerk

cc:     File